IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
JAN 28 2014
Clerk, U.S. District Court
District Of Montana
Helena

| UNITED STATES OF AMERICA, | CR 13-18-BU-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| RONALD RANDOLF JOHNSON, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Jeremiah C. Lynch, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement[1] under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

DATED this 27th day of January, 2014.

SAM E. HADDON
United States District Judge

---

[1] Doc. 21.

-1-